O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KANE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>FRED FOULK, Acting Warden,<br><br>　　　　　Respondent. | Case No. CV 13-3521-JVS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered granting the Motion to Dismiss and summarily dismissing this action with prejudice.

Dated: April 4, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1