JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KANE, | ) Case No. CV 13-3521-JVS (DTB) |
|       Petitioner, | ) |
|   vs. | ) **J U D G M E N T** |
| FRED FOULK, Acting Warden, | ) |
|       Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: April 4, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1